LOUIS SOLOMON ET AL., RESPONDENTS, v. NEW JERSEY INDEMNITY COMPANY, APPELLANT.

Submitted December 6, 1920—Decided February 28, 1921.

On appeal from the Supreme Court, whose opinion is reported in 94 *N. J. L.* 318.

For the respondents, *J. Victor D'Aloia.*

For the appellant, *Merritt Lane.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON, JJ. 14.

*For reversal* — None.